No. 97–1328. JAMES BARLOW FAMILY LIMITED PARTNERSHIP ET AL. *v.* DAVID M. MUNSON, INC. C. A. 10th Cir. Certiorari denied. 

No. 97–1338. GRZELAK *v.* UNITED STATES POSTAL SERVICE DESIGNEE. C. A. 11th Cir. Certiorari denied. 

No. 97–1347. CENTRICUT, LLC, ET AL. *v.* ESAB GROUP, INC. C. A. 4th Cir. Certiorari denied. 

No. 97–1355. CROCHIERE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 97–1375. NEW *v.* COHEN, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied. ██

No. 97–1401. TATE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 97–1413. LOVE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 97–1416. EARTHLY ET AL. *v.* CITY OF BEVERLY HILLS ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–1419. HUEREQUE-MERCADO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 97–1434. DOLENZ *v.* AKIN ET AL. C. A. 5th Cir. Certiorari denied. 

No. 97–1447. ELECTRONIC PLATING CO. ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 97–5945. HERNANDEZ-ARIAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6448. VASQUEZ-CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6710. MIGUEL-CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.